IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRAD STEVEN MILLER,

    Plaintiff,                        JUDGMENT IN A CIVIL CASE

v.                                      13-cv-270-wmc

WILLIAM GROSSHANS,
MARTY ORDINANS, SHARON ZUNKER,
JERALD BURGE, MARY BARTELS,
SARAH PROFITT, SGT. HARTMAN,
OFFICER BARTELS,
OFFICER SCHLISSLER and
OTHERS JOHN DOE,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Brad Steven Miller's motion for leave to proceed *in forma pauperis* and dismissing this case.

| /s/ | 12/18/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |